ROBERT B. GREIFINGER M.D.



Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C.-Atlanta

MAR 17 2005

LUTHER D. THOMAS, Clerk
By: /s/
Deputy Clerk

TOMMY DUKES,                )
                            )
        Plaintiff,          )
                            )
    vs.                     ) No.
                            ) 1:03-CV-0406-JOF
                            )
STATE OF GEORGIA, et. al., )
                            )
        Defendants.         )
----------------------------)

VIDEOTAPED DEPOSITION OF
ROBERT B. GREIFINGER, M.D.
Tarrytown, New York
Thursday, May 20, 2004

Reported by:
Maria Esther Mateo, RPR
JOB NO. 159449