```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION
```

TOMMY DUKES,

    Plaintiff,

vs.                                                    1:03-CV-0406-JOF

STATE OF GEORGIA, COWETA
COUNTY, SHERIFF MIKE YEAGER
Individually and in his
official capacity SGT.
BOBBY STROZIER, MAJOR BLAKE
ADCOCK, JENNIE ADCOCK, DR.
MIRIAM J. BURNETT, DR. MIRIAM
J. BURNETT, P.C., E.C.H.A
PEACHTREE, L.L.C. d/b/a
EMORY PEACHTREE REGIONAL
HOSPITAL, E.C.H.A., L.L.C.
d/b/a EMORY PEACHTREE REGIONAL
HOSPITAL and INTEGRATED
REGIONAL LABORATORIES, a
Partnership of HCA and MDS, Inc)

                    ORAL DEPOSITION
            DR. MICHAEL MCGINNIS, PH.D.
                December 28, 2004

   ORAL DEPOSITION OF DR. MICHAEL MCGINNIS, PH.D.,
produced as a witness at the instance of the Defendant
and duly sworn, was taken in the above-styled and
numbered cause on the 28th day of December, 2004, from
9:42 a.m. to 4:01 p.m.